Jacob Gottlieb, Respondent, v Alexandra Lumiere Gottlieb, Appellant.

Submitted May 23, 2016; decided June 30, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Hudson City Savings Bank, Respondent, v David Berry et al., Appellants, et al., Defendants.

Submitted May 23, 2016; decided June 30, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Nicholas Thomas Marchese, Appellant, v Great Neck Terrace Associates, L.P., et al., Respondents, et al., Defendants.

Submitted May 23, 2016; decided June 30, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

The People of the State of New York ex rel. Shawn Glover, Appellant, v Michael Artus, Respondent.

Submitted May 31, 2016; decided June 30, 2016

Motion for leave to appeal dismissed upon the ground that the March 14, 2016 and April 1, 2016 letters sought to be appealed from are neither judgments nor orders from which an appeal to the Court of Appeals may be taken (*see* CPLR 5512 [a]; 5602 [a]).